**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Gidget Bailey, Michelle Spindler, Florence Thurmer, Jeanette Vineski, and Cheryl Polansky,<br><br>            Plaintiffs,<br><br>Millennium Charity Plus, Inc., f/k/a Little Canada Charity Plus, a Non-Profit Corporation, and Jan Sherman, Joon Kim, Patricia May Pillsbury, Richard Pillsbury, Sadie Zibley, Maggie Belde, Benjamin Belde, and Linda Fahey, individuals,<br><br>            Defendants. | Civil No. 03-3181 (DWF/SRN)<br><br><br>**ORDER** |

---

Richard A. Williams, Jr., Esq., and Angela M. Rouillard, Esq., Williams & Iversen, counsel for Plaintiffs.

H. Le Phan, Esq., Paul J. Zech, Esq., and Randy Sparling, Esq., Felhaber, Larson, Fenlon & Vogt, PA, counsel for Defendants.

---

Defendants in the above-entitled matter have informed the Court that they distributed funds to the Church of St. John's of Little Canada, the Dorothy Day Center/Catholic Charities, Little Canada Elementary School/Roseville School District, Little Sisters of the Poor, Preport West, Salvation Army, Our Lady of Good Counsel Home, and the American Red Cross in July and August 2006. A dispute has arisen in this matter related specifically to the Defendants' disbursements of those funds. The

Court expressly recognizes that the Church of St. John's of Little Canada, the Dorothy Day Center/Catholic Charities, Little Canada Elementary School/Roseville School District, Little Sisters of the Poor, Preport West, Salvation Army, Our Lady of Good Counsel Home, and the American Red Cross are not parties to this dispute and, to the best of the Court's knowledge, have taken no part in this dispute.

In order to preserve the status quo pending resolution of the dispute relating to the funds, the Court hereby orders the following:

1.  Defendants must contact the Church of St. John's of Little Canada, the Dorothy Day Center/Catholic Charities, Little Canada Elementary School/Roseville School District, Little Sisters of the Poor, Preport West, Salvation Army, Our Lady of Good Counsel Home, and the American Red Cross and provide them with a copy of this Order no later than Friday, August 11, 2006.

2.  After receipt of the Order, the Court respectfully orders and requests that the above-named entities do the following on a temporary basis:

    a.  Refrain from using any of the funds that it has remaining from those received from Defendants pending further order from this Court.

    b.  By Tuesday, August 15, 2006, provide Defendants' counsel with a letter that states the amount of funds received from Defendants, when the funds were received, what portion of the funds, if any, have been spent, and stating that the entity will refrain from using the funds pending further order of this Court.

3

3.       The Court is hopeful that it will be able to resolve this dispute without disrupting the operations and activities of the above-named entities.

Dated:  August 10, 2006                    s/Donovan W. Frank
                                           DONOVAN W. FRANK
                                           Judge of United States District Court